UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUISE WALKER,<br><br>  Plaintiff,<br><br>  v.<br><br>HOWARD,<br><br>  Defendant. | No. 1:20-cv-01575-NONE-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN PART, DISMISSING ACTION AND DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE TO THIS CASE FOR THE PURPOSE OF CLOSING THE CASE AND THEN TO CLOSE THIS CASE<br><br>(Doc. Nos. 1, 9, 12) |

Marquise Walker ("plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 11, 2021, the assigned magistrate judge entered findings and recommendations, recommending that "[t]his action be dismissed, with prejudice, for failure to state a claim, failure to prosecute, and failure to comply with a court order," and that "[t]he Clerk of Court be directed to close this case." (Doc. No. 12 at 8.)

Plaintiff was provided an opportunity to file objections to the findings and recommendations. The deadline to file objections has passed, and plaintiff has not filed objections or otherwise responded to the findings and recommendations.

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court adopts the findings and recommendations to the extent that they recommend dismissal for failure to prosecute and failure to comply with a court order; the court declines to address whether the complaint states cognizable claims.

Accordingly,

1. The findings and recommendations issued on January 11, 2021, (Doc. No. 12), are adopted to the extent that they recommend dismissal for failure to prosecute and failure to comply with a court order;
2. This action is dismissed, with prejudice, for failure to prosecute and failure to comply with a court order; and
3. The Clerk of Court is directed to assign a district judge to this case for the purpose of closing the case and then to close this case.

IT IS SO ORDERED.

Dated:   **February 23, 2021**

UNITED STATES DISTRICT JUDGE

2