UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUISE WALKER,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>HOWARD,<br><br>　　　　　　　　　　Defendant. | Case No. 1:20-cv-01575-DAD-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR COPY OF DOCKET SHEET AND DIRECTING CLERK TO SEND PLAINTIFF COPY OF DOCKET SHEET<br><br>(ECF No. 17, p. 2) |

Marquise Walker ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On February 23, 2021, this action was dismissed "for failure to prosecute and failure to comply with a court order." (ECF No. 13, p. 2). On March 12, 2021, Plaintiff filed a request for a copy of his complaint and a copy of the docket sheet. (ECF No. 17, p. 2). Plaintiff states that he needs the copies because he was recently transferred to Kern Valley State Prison for a court date, but his property will remain at High Desert State Prison. Plaintiff believes he may be at Kern Valley State Prison for months.

\\\

\\\

\\\

\\\

1

Given Plaintiff's allegations, and that this case was recently dismissed, IT IS ORDERED that the Clerk of Court is directed to send Plaintiff a copy of the docket sheet.[1]

IT IS SO ORDERED.

Dated:   **March 15, 2021**          /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] The Court already sent Plaintiff a copy of his complaint.  (ECF No. 16).