UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUISE WALKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HOWARD, et al.,<br><br>　　　　Defendants. | No. 1:20-cv-01575-DAD-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 13, 22, 24)<br><br>ORDER DISMISSING ACTION<br><br>ORDER FOR CLERK TO CLOSE CASE |

Marquise Walker ("plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 27, 2021, the assigned magistrate judge entered findings and recommendations, recommending that "[t]his case be dismissed, without prejudice, because of Plaintiff's failure to comply with court orders and to prosecute this case," and that "[t]he Clerk of Court be directed to close this case." (Doc. No. 24 at 3.)

Plaintiff was provided an opportunity to file objections to the findings and recommendations. The deadline to file objections has passed, and plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the

court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on October 27, 2021, (Doc. No. 24), are adopted in full;
2. This case is dismissed, without prejudice, because of plaintiff's failure to comply with court orders and to prosecute this case; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 19, 2021**

UNITED STATES DISTRICT JUDGE

2