UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUISE WALKER,<br><br>           Plaintiff,<br><br>       v.<br><br>HOWARD, et al.,<br><br>           Defendants. | Case No. 1:20-cv-01575-DAD-EPG (PC)<br><br>ORDER RE: LODGED AMENDED COMPLAINT<br><br>(ECF No. 27) |

Marquise Walker ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On December 20, 2021, Plaintiff filed an amended complaint without a case number. (ECF No. 27). Because it was labelled an "amended complaint," the Clerk's office lodged it in this case number. However, this case is now closed and Plaintiff must file any new complaint in a new case as an original complaint, rather than as an amended complaint.

As background, on February 23, 2021, this case was "dismissed, with prejudice, for failure to prosecute and failure to comply with a court order." (ECF No. 13, p. 2). On April 9, 2021, Plaintiff filed a motion for reconsideration. (ECF No. 19). On April 16, 2021, Plaintiff lodged a First Amended Complaint. (ECF No. 20). "Based on plaintiff's representation that he did not receive the court's order and out of an abundance of caution and in the interest of justice," the Court reopened the case and granted Plaintiff an opportunity to respond to the screening order. (ECF No. 21, p. 3). As the case was reopened, the Court screened Plaintiff's First

1

Amended Complaint, found that Plaintiff's First Amendment free exercise claim against defendant Howard should proceed past screening, and gave Plaintiff thirty days to either: "a. File a Second Amended Complaint; b. Notify the Court in writing that he does not want to file an amended complaint and instead wants to proceed only on his First Amendment free exercise claim against defendant Howard; or c. Notify the Court in writing that he wants to stand on his complaint." (ECF No. 22, pgs. 8-9).  However, Plaintiff failed to respond to the screening order, and on November 22, 2021, the case was dismissed, without prejudice, for failure to comply with court orders and to prosecute the case.  (ECF No. 25).  This case is thus closed, although Plaintiff may file his claims in a new case if he chooses.

As this case is closed, the Court will take no action on Plaintiff's lodged amended complaint.  If Plaintiff intended to file a new case, Plaintiff should file a signed and dated copy of the complaint and title it as an original complaint instead of an amended complaint.  The caption of the complaint should not refer to the case number in this case.  Additionally, Plaintiff should either pay the filing fee for the new case or file an application to proceed *in forma pauperis* along with his complaint.

IT IS SO ORDERED.

Dated: **December 27, 2021**           /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE